IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MYSERVICE FORCE, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMERICAN HOME SHIELD and | : | |
| SERVICEMASTER CONSUMER | : | |
| SERVICES LIMITED | : | |
| PARTNERSHIP | : | NO. 10-6793 |

## **ORDER**

**AND NOW**, this 4th day of March 2013, upon consideration of Plaintiff's Motion for Reconsideration (Docket No. 103) and all documents filed in connection thereto, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

**/s/** John R. Padova

_____
John R. Padova, J.