IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MYSERVICE FORCE, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMERICAN HOME SHIELD | : | NO. 10-6793 |

## ORDER

**AND NOW**, this 24th day of April, 2013, upon consideration of Defendant's Motion to Strike Plaintiff's Experts (Docket No. 113), Defendant's Second Motion to Strike Plaintiff's Experts (Docket No. 117) and Defendant's Motion for Leave to File Motion for Summary Judgment (Docket No. 123), as well as all documents filed in connection with the three Motions, and the Argument held in open court on April 9, 2013, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion for Leave to File Reply in Support of Motion to Strike Experts (Docket No. 126), is **GRANTED**.

2. Defendant's Motion to Strike Plaintiff's Experts (Docket No. 113) is **GRANTED**.

3. Defendant's Second Motion to Strike Plaintiff's Experts (Docket No. 117) is **DISMISSED** as moot.

4. Defendant's Motion for Leave to File Motion for Summary Judgment (Docket No. 123) is **GRANTED** by consent of the parties.

5. The Clerk shall enter the Motion for Summary Judgment attached to Docket No. 123 on the Docket of this action.

BY THE COURT:

/s/ John R. Padova

_____
John R. Padova, J.