IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MYSERVICEFORCE, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMERICAN HOME SHIELD | : | NO. 10-6793 |

# O R D E R

**AND NOW**, this 2nd day of April, 2014, upon consideration of American Home Shield's Motion to Strike February 18, 2014 Declaration of David Thomas (Docket No. 193), all documents filed in connection therewith, and the argument held with respect to this Motion on March 20, 2014, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and David Chandler Thomas's February 18, 2014 Declaration is hereby **STRICKEN** from the evidentiary record.

BY THE COURT:

/s/ John R. Padova

_____
John R. Padova, J.