IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MYSERVICEFORCE, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMERICAN HOME SHIELD | : | NO. 10-6793 |

# O R D E R

**AND NOW**, this 1st day of May, 2014, upon consideration of American Home Shield's Motion to Strike Plaintiff's Experts (Docket No. 170), all documents filed in connection therewith, and the Hearing held with respect to this Motion on March 20, 2014, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the expert reports and opinions of David Chandler Thomas and Bruce Luehrs are hereby **STRICKEN** from the evidentiary record of this action.

BY THE COURT:

/s/ John R. Padova

_____
John R. Padova, J.