IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MYSERVICE FORCE, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMERICAN HOME SHIELD | : | NO. 10-6793 |

## ORDER

**AND NOW**, this 17th day of June, 2014, upon consideration of Defendant's Motion for Summary Judgment (Docket No. 171) and all documents filed in connection thereto, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendant's Motion for Summary Judgment is **GRANTED** as to Plaintiff's claim for expectation damages in Count I of the Complaint.

2. Defendant's Motion for Summary Judgment is **DENIED** as to Plaintiff's claim for reliance damages in Count I of the Complaint.

BY THE COURT:

/s/ John R. Padova

_____
John R. Padova, J.